NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1251, -1273

INLINE CONNECTION CORPORATION,
BROADBAND TECHNOLOGY INNOVATIONS, LLC,
and PIE SQUARED, LLC,

Plaintiffs-Appellants,

v.

EARTHLINK, INC.,

Defendant-Cross Appellant.

Appeals from the United States District Court for the District of Delaware
in consolidated case nos. 02-CV-0272 and 02-CV-0477,
Magistrate Judge Mary Patricia Thynge.

ON MOTION

ORDER

Upon consideration of the letter submitted by counsel for America Online, Inc.,

IT IS ORDERED THAT:

The revised official caption is reflected above.

FOR THE COURT

MAY 0 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Robert E. Hillman, Esq.
Louis Norwood Jameson, Esq.
Frederick L. Cottrell, III, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 4 2010

JAN HORBALY
CLERK